# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MONICA EDWARDS, individually and**
**on behalf of all others similarly situated**                                                  **PLAINTIFF**

**v.**                            **Case No. 4:19-cv-00805 KGB**

**PSM HOME STEALTH, INC., and**
**PETER S. MCINDOE**                                                                             **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 21). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. All pending motions are denied as moot (Dkt. No. 13).

It is so ordered this 30th day of November 2020.

*[signature]*

Kristine G. Baker
United States District Judge